ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI136721841US, addressed to "G. Gonzalez, 3602 E Fourth St, Dayton, OH 45403," with a return address of "Joshua Harris, 8111 N 19th Ave Apt 2082, Phoenix, AZ 85021." It is a white cardboard box; weighing approximately 4 pounds and 10.7 ounces; postmarked May 24, 2022; and bearing $76.15 in postage.

**SEARCH WARRANT**

Case Number:   22-9217 MB

TO: ANDREA BRANDON and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, ANDREA BRANDON, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI136721841US, addressed to "G. Gonzalez, 3602 E Fourth St, Dayton, OH 45403," with a return address of "Joshua Harris, 8111 N 19th Ave Apt 2082, Phoenix, AZ 85021." It is a white cardboard box; weighing approximately 4 pounds and 10.7 ounces; postmarked May 24, 2022; and bearing $76.15 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) AND 846, AND/OR TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

6/23/2022@12:42 pm         at   Phoenix, Arizona
Date and Time Issued              City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE          *ESWillett*
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.:<br>22.9217MB | Date and time warrant executed:<br>6/23/2022 1:19 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Postal Inspectors Andrea Brandon and Ray Shepard |||
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS Priority Mail Express parcel bearing USPS tracking number EI136721841US, addressed to "G. Gonzalez, 3602 E Fourth St, Dayton, OH 45403", with a return address of "Joshua Harris, 8111 N 19th Ave Apt 2082, Phoenix, AZ 85021," contained no contraband.<br><br>Nothing seized. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/23/2022

*Executing officer's signature*

Digitally signed by Andrea Brandon
Date: 2022.06.23 14:31:46 -07'00'

Andrea Brandon, Postal Inspector
*Printed name and title*